> Motion GRANTED. Attorney Yarbrough is excused from attending the conference.
>
> /s/ Aleta A. Trauger

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE #12,<br><br>　　Plaintiff,<br><br>　vs.<br><br>WILLIAM B. LEE, *et al.*,<br><br>　　Defendants. | Case No. 3:22-cv-00712<br><br>Judge Trauger |

## PLAINTIFF'S MOTION TO EXCUSE ATTENDANCE AT OR, ALTERNATIVELY, RESET INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff moves the Court either to excuse one of his attorneys, Edward M. Yarbrough, from attending the initial case management conference currently set for November 21, 2022, or, alternatively, to reset the conference. The Court recently reset the conference to that date and Mr. Yarbrough has a preexisting conflict (a medical appointment). Plaintiff's other attorneys, W. Justin Adams and Jonathan Farmer, will be present at the conference in any event.

For these reasons, Plaintiff requests the Court to grant the relief requested above and any other necessary or proper relief.

Dated: November 16, 2022.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　/s/ Ed Yarbrough
　　　　　　　　　　　　　　　　　　Edward M. Yarbrough (TN BPR # 004097)
　　　　　　　　　　　　　　　　　　Jonathan P. Farmer (TN BPR # 020749)
　　　　　　　　　　　　　　　　　　W. Justin Adams (TN BPR # 022433)
　　　　　　　　　　　　　　　　　　SPENCER FANE LLP
　　　　　　　　　　　　　　　　　　511 Union Street, Suite 1000
　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37219
　　　　　　　　　　　　　　　　　　Telephone: 615-238-6300
　　　　　　　　　　　　　　　　　　eyarbrough@spencerfane.com
　　　　　　　　　　　　　　　　　　jfarmer@spencerfane.com
　　　　　　　　　　　　　　　　　　wjadams@spencerfane.com
　　　　　　　　　　　　　　　　　　Plaintiff's Counsel